IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHERINE BETAR, | : | Civil Action No. 4:15-CV-0921 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, *Acting Commissioner of Social Security,* | : | |
| | : | (Magistrate Judge Cohn) |
| Defendant. | : | |

**ORDER**

And now, this 26th day of September 2016, having reviewed the thorough report and recommendation of Magistrate Judge Gerald B. Cohn together with the letter from the Commissioner waiving the opportunity to object, the report and recommendation of the magistrate judge is ADOPTED.  August 25, 2016, ECF No. 15.   The decision of the Commissioner is VACATED and REMANDED. The Clerk is directed to close the case file.

BY THE COURT:

 s/ Matthew W. Brann
Matthew W. Brann
United States District Judge